UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCKEFELLER PHOTOS, LLC, | Case No.   1:26-cv-01263-JLT-EPG |
| Plaintiff, | |
| v. | ORDER GRANTING JOINT REQUEST TO SET ASIDE CLERK'S ENTRY OF DEFAULT |
| COALINGA FOODS, INC., | |
| Defendant. | (ECF No. 15) |

On June 5, 2026, the parties file a joint stipulation to set aside the Clerk's Entry of Default entered on April 29, 2026. (ECF No. 15), The stipulation provides as follows:

1. Plaintiff ROCKEFELLER PHOTOS, LLC ("Plaintiff") filed the Complaint against Defendant COALINGA FOODS, INC. d/b/a TROPICANA SUPERMARKET ("Defendant") in the above captioned case on or about February 12, 2026;

2. Upon Plaintiff's request, Defendant's default was entered by the Clerk of the Court on April 29, 2026;

3. Defendant has moved the Court for an Order setting aside entry of default; and

4. Counsel for Plaintiff and Defendant have met and conferred, and have agreed stipulate and jointly request that entry of default be set aside.

NOW THEREFORE IT IS STIPULATED AND AGREED by and between Plaintiff and Defendant through their respective undersigned counsel of record, that the default entered against Defendant on April 29, 2026, should be set aside and vacated, to allow Defendant to appear in this action.  The Parties, through their counsel JOINTLY REQUEST that the Court ORDER entry of default to be set aside and vacated.

1

IT IS FURTHER STIPULATED AND AGREED and JOINTLY REQUESTED that Defendant be allowed to respond to the Complaint within sixty (60) days from the date of the Court's Order, or to such other date as set by the Court.

It is SO STIPULATED and JOINTLY REQUESTED.

(*Id.* at 1-2)

Upon consideration, the Court shall grant the parties' joint stipulation to set aside the Clerk's Entry of Default. (ECF No. 15) As such, the Clerk's Entry of Default (ECF No. 12) against Defendant Coalinga Foods, Inc. entered on April 29, 2026, is hereby VACATED.

Additionally, Defendant shall file and serve a response to the Plaintiff's complaint no more than sixty (60) days from the date of this Order.

IT IS SO ORDERED.

Dated:   **June 8, 2026**          /s/ Erica P. Grosjean
                                 UNITED STATES MAGISTRATE JUDGE

2